Appellate Docket Number: 6-15-00169-CR

Appellate Case Style: Style: Charles Randall Kay

Vs. State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

UCT 2 2 2015

Texarkana, Texas
Debra Autrey, Clerk

Companion Case: State v. Kay, F8162

FILED IN
The Court of Appeals
Sixth District

OCT 2 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: Sixth

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Charles Randall Kay | ☐ Lead Attorney |
| Middle Name: Randall | First Name: |
| Last Name: Kay | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ☒ | ☐ Retained    ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas    Zip+4: |
| | Telephone:    ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: 

Middle Name: 

Last Name: 

Suffix: 

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond: 

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: 

Middle Name: 

Last Name: 

Suffix: 

☐ Appointed          ☐ District/County Attorney

☐ Retained            ☐ Public Defender

Firm Name: 

Address 1: 

Address 2: 

City: 

State: Texas                Zip+4: 

Telephone:                   ext. 

Fax: 

Email: 

SBN:                              Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Denial of Motion for Appointment of Habeas Counsel

Type of Judgment: 

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 28, 2015

Offense charged: 

Date of offense: 

Defendant's plea: 

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☐ non-jury?

Date notice of appeal filed in trial court: 09/25/2015

If mailed to the trial court clerk, also give the date mailed: 09/25/2015

Punishment assessed: 

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed: 

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed: 

Other: ☐ Yes ☒ No    If yes, date filed: 

If other, please specify: 

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed: 

Date of hearing: ☐ NA

Date of order: ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: **62nd District Court**

County: **Franklin**

Trial Court Docket Number (Cause no): **F8162**

Trial Court Judge (who tried or disposed of the case):

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: **Texas**          Zip + 4:

Telephone:          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☐ District  ☐ County

Was clerk's record requested?  ☐ Yes  ☐ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☐ Yes  ☐ No

Was reporter's record requested?  ☐ Yes  ☐ No

Was the reporter's record electronically recorded?  ☐ Yes  ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☐ Indigent

---

☐ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: **Texas**          Zip + 4:

Telephone:          ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▓▓▓▓▓▓▓▓▓▓▓▓                    Court: ▓▓▓▓▓▓▓▓▓▓▓▓

Style: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Vs.   State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                    Date: 10/16/2015

*CHARles R. KAy*

Printed Name:                                              State Bar No: ▓▓▓▓▓▓▓▓▓▓

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓          Name: ▓▓▓▓▓▓▓▓▓▓▓▓
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ▓▓▓▓▓▓▓▓▓ .

*[signature]*

Signature of counsel (or pro se party)          Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓
(Optional)

State Bar No.: ▓▓▓▓▓▓▓▓▓▓

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ████████████

Manner Served: ███████████████

First Name: ████████████████████████

Middle Name: ███████████████████████

Last Name: ███████████████████████

Suffix: ██████

Law Firm Name: ████████████████████████

Address 1: ████████████████████████

Address 2: ████████████████████████

City: ████████████████████████

State ‖Texas‖████████ Zip+4: ████████████████

Telephone: ██████████████ ext. ████████

Fax: ██████████████

Email: ████████████████████████